1

2

3

4                                    UNITED STATES DISTRICT COURT

5                                   NORTHERN DISTRICT OF CALIFORNIA

6

7        OBA LEE FRELIMO,                                Case No. 21-cv-00282-YGR (PR)

8                       Petitioner,                      **ORDER OF TRANSFER**

9                v.

10       JEFF LYNCH, Acting Warden,[1]

11                      Respondent.

12              Petitioner, a state prisoner, has filed a *pro se* petition for a writ of habeas corpus

13       challenging the most recent decision at his Board of Parole Hearing "Youth Offender hearing on

14       Dec. 15, 2020" where he was "illegally denied release from prison."  Dkt. 1 at 5-6.  He has not

15       filed an *in forma pauperis* application.

16              A petition for a writ of habeas corpus filed by a state prisoner in a State that contains two

17       or more federal judicial districts may be filed in either the district of confinement or the district of

18       conviction.  *See* 28 U.S.C. § 2241(d).  The district court where the petition is filed, however, may

19       transfer the petition to the other district in the furtherance of justice.  *See id*.  Federal courts in

20       California traditionally have chosen to hear petitions challenging a conviction or sentence in the

21       district of conviction.  *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v.*

22       *Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  But if a habeas petition is directed to the manner

23       in which a sentence is being executed, e.g., if it involves parole or time credit claims, the district

24       of confinement is the preferable forum.  *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d

25       244, 249 (9th Cir. 1989).

26              Petitioner is incarcerated at California State Prison - Sacramento in Represa, California,

27

28              [1] Jeff Lynch, the current acting warden of the prison where Petitioner is incarcerated, has
         been substituted as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

United States District Court
Northern District of California

United States District Court
Northern District of California

1    which lies within the venue of the Eastern District of California.  *See* 28 U.S.C. § 84.  Because

2    Petitioner challenges the execution of his sentence, the Court hereby ORDERS that pursuant to 28

3    U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this petition be

4    TRANSFERRED to the United States District Court for the Eastern District of California.

5         If Petitioner wishes to further pursue this action, he must complete the *in forma pauperis*

6    application required by the  United States District Court for the Eastern District of California and

7    mail it to that district.

8         IT IS SO ORDERED.

9    Dated:  January 29, 2021

11   _____

12   JUDGE YVONNE GONZALEZ ROGERS
     United States District Judge

2